SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**PAUL T. MALONEY, OSB# 013366**
Paul.Maloney@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone: 503-727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:21-cr-00173-HZ |
| v. | |
| FNU LNU, aka "Padrino;" <br> ERLIN MAURICIVO LARIOS VALLE; <br> JOSE LUZ MEDRANO CORTEZ, aka <br> JOSE OSMIN-ALVARADO, aka "Puyo;" <br> BOONME COVITT KAZ; <br> ANWAR AKBAR ADAMS; <br> JASON SAMUEL CONLEY; <br> TERRY CLYDELL PHILLIPS; <br> RAQUEL REYES; <br> SUSAN ELLEN SEE; <br> KEVIN RONALD SICINA; <br> LORI LYNN SWAN; and <br> NICHOLAS FREDERICK SWAN, | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| **Defendants.** | |

The United States of America hereby files the following Bill of Particulars for Forfeiture of Property.

The United States gives notice that in the forfeiture allegation of the Indictment, the United States is seeking forfeiture of the following property:

$14,971.00 U.S. currency;

$37,948.00 U.S. currency;

$18,727.00 U.S. currency;

$939.00 U.S. currency;

$17,020.00 U.S. currency;

$2,894.00 U.S. currency;

$29,899.00 U.S. currency;

$12,000.00 U.S. currency;

$16,250.00 U.S. currency;

$2,421.00 U.S. currency;

$20,005.00 U.S. currency;

$7,492.00 U.S. currency;

One Harrington and Richardson Model 676 .22 Caliber Revolver;

One Glock 19, 9mm Pistol and Magazine;

One Marlin 440 .22 Rifle;

One American Arms Inc. PK-22 .22 Caliber Handgun;

One .22 Cal H&R Inc Model 949 Revolver;

One Taurus TCP PT 738 pistol;

One Sccy Industries, LLC CPX-1 9mm Caliber Pistol and Magazine; and

All associated ammunition and accessories.

DATED: September 30, 2021.

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Paul T. Maloney*
**PAUL T. MALONEY, OSB# 013366**
Assistant United States Attorney